# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**STACY LYNN MINGO,**
    **Plaintiff,**

vs.                   No. **19-CV-440-SMV**

**ANDREW SAUL,**
**Commissioner of SOCIAL SECURITY ADMINISTRATION,**

    **DEFENDANT.**

## AGREED ORDER GRANTING UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE BRIEFS

THIS MATTER having come before the Court upon Plaintiff's Unopposed Motion for Extension of Time to File Briefs (Doc. # 16), and Defendant having no objection, the Court being fully advised FINDS that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Remand shall be filed no later than **October 23, 2019**, Defendant's Response shall be filed no later than **December 23, 2019**, and Plaintiff may file a Reply and shall file a Notice of Completion of Briefing no later than **January 3, 2020**.

IT IS SO ORDERED.

                   _____
                   The Honorable Stephan M. Vidmar
                   United States Magistrate Judge

SUBMITTED BY:

*/s/ Feliz M. Martone*
Feliz M. Martone
MARTONE LAW FIRM
Attorneys for Plaintiff
111 Lomas Blvd. NW, Suite 500
Albuquerque, New Mexico 87102
Telephone: (505) 883-1260

APPROVED BY:

*Email approval on 10/8/19*
Kirsten Westerland
Attorney for Defendant