# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**STACY LYNN MINGO,**
   **Plaintiff,**

  **vs.**              CIV NO. 1:19-00440-SMV

**ANDREW SAUL,**
**Commissioner of Social Security,**
   **Defendant.**

## ORDER FOR EXTENSION

  Upon consideration of Defendant's Unopposed Motion for an Extension of Time (Doc. 19) to file a response to Plaintiff's Motion to Reverse and Remand to Agency for Rehearing with Supporting Memorandum (Doc. 18), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

  IT IS THEREFORE ORDERED that Defendant shall have until January 22, 2020, to file a response, and Plaintiff shall have until February 5, 2020, to file a reply.

  SIGNED _December 20_, 2019.

                _____
                STEPHAN M. VIDMAR
                United States Magistrate Judge

SUBMITTED AND APPROVED BY:
*Electronically submitted 12/19/2019*
KIRSTEN WESTERLAND
Special Assistant United States Attorney

*Electronically approved 12/18/2019*
FELIZ M. MARTONE
Attorney for Plaintiff