IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**STACY LYNN MINGO,**

     **Plaintiff,**

     **v.**                                        **No. CIV 1:19-440**

**ANDREW SAUL,**
**Commissioner of Social Security,**

     **Defendant.**

## <u>ORDER FOR EXTENSION</u>

Upon consideration of Defendant's Second Unopposed Motion for Second Extension of Time (Doc. 23) to file a response to Plaintiff's Motion to Remand (Doc. 18), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until February 21, 2020, to file a response and Plaintiff shall have until March 6, 2020, to file a reply.

SIGNED   January 23  , 2020.

_____
STEPHAN M. VIDMAR
United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted 1/22/2020*
LAURA RIDGELL-BOLTZ
Special Assistant United States Attorney


*Electronically approved 1/21/2020*
FELIZ MARTONE
Attorney for Plaintiff