# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**STACY LYNN MINGO,**

    **Plaintiff,**

    vs.                                     CIV. NO. 1:19-cv-00440-SMV

**ANDREW SAUL,**
**Commissioner of Social**
**Security,**

    **Defendant.**

## ORDER

    Defendant, the Commissioner of Social Security (Commissioner), by and through his counsel, has filed an unopposed motion with this Court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the case to the Commissioner for further administrative proceedings. The Court, noting that the Motion is unopposed, finds that the Motion is well-taken and should be GRANTED. Upon remand, the Social Security Administration's Appeals Council will remand the matter to a new ALJ for a de novo hearing and new decision.

    This Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a REMAND to the Commissioner for further administrative proceedings.[1] *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

SIGNED __February 21__, 2020

                                                              STEPHAN M. VIDMAR
                                                              United States Magistrate Judge

---

[1] The clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.

SUBMITTED AND APPROVED BY:
*Electronically submitted 2/20/2020*
LAURA RIDGELL-BOLTZ
Special Assistant United States Attorney


*Electronically approved 2/20/2020*
FELIZ MARTONE
Attorney for Plaintiff