# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**STACY LYNN MINGO,**

    **Plaintiff,**

**v.**                                                                                   **No. 19-cv-0440 SMV**

**ANDREW SAUL,**[1]
**Commissioner of Social Security Administration,**

    **Defendant.**

## JUDGMENT

Having granted Defendant's Unopposed Motion to Remand for Further Administrative Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g) [Doc. 25], by a stipulated Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

**IT IS SO ORDERED.**

                                                                    **STEPHAN M. VIDMAR**
                                                                    **United States Magistrate Judge**
                                                                    **Presiding by Consent**

---

[1] Andrew Saul is the current Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Andrew Saul should be substituted for Acting Commissioner Nancy A. Berryhill as the Defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).